

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,598

### EX PARTE CHARLES WEST, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2006-1005-C1 IN THE 19th DISTRICT COURT
### FROM McLENNAN COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of aggravated sexual assault and he was sentenced to fifteen years' imprisonment in each count. The Tenth Court of Appeals affirmed his conviction. *West v. State*, No. 10-07-00100-CR (Tex. Crim. App.–Waco, delivered December 3, 2008).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to properly file a petition for discretionary review after he promised Applicant he would do

so in this cause.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to properly file a petition for discretionary review after he promised Applicant he would do so in this cause. The trial court recommends that relief be granted. We agree. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in Cause No. 10-07-00100-CR that affirmed his conviction in Case No. 2006-1005-C1 from the 19th Judicial District Court of McLennan County. Applicant shall file his petition for discretionary review with the Tenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: July 27, 2011
Do not publish